**Order entered May 16, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00350-CV

**LE-VEL BRANDS, LLC, Appellant**

**V.**

**LACORE ENTERPRISES, LLC, Appellee**

**On Appeal from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-06772-2018**

## ORDER

Before the Court is appellee's May 14, 2019 unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **June 13, 2019**.

/s/    BILL WHITEHILL
       JUSTICE